UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FLINT FIRE HERRMANN,<br><br>        Defendant. | No. CR-07-043-FVS<br><br>ORDER |

**THE UNITED STATES** having moved to dismiss the indictment; Now, therefore

**IT IS HEREBY ORDERED:**

The oral motion to dismiss is granted.  The indictment is dismissed.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___23rd___ day of May, 2007.

                                          s/ Fred Van Sickle
                                             Fred Van Sickle
                                   United States District Judge